**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　Plaintiff,<br>　　　　　　v.<br><br>LUIS ALVARADO REYES<br>　　Defendant. | Criminal no. 21-mj-1512 (BJM) |

**MOTION REQUESTING AUTHORIZATION TO FILE CJA VOUCHER**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Alvarado Reyes, and respectfully states and prays as follows:

1. In compliance with Local Criminal Rule 144(b)(1), the undersigned hereby submits the instant Motion.

2. In accordance to said rule, an attorney must seek authorization from the presiding officer if a CJA Payment Voucher is submitted past the 45-day period from the entry of judgment.

3. The undersigned was appointed to represent Mr. Alvarado Reyes on December 10, 2021, for this matter and also in a companion criminal case, Case Number 21-359 (PAD). *(See Docket Entry #2)*

4. On December 22, 2021, this Court entered its Notice thereby concluding all matters pending before this Court. (See Docket Entry #10)

5. The undersigned was unaware that the Notice entry on December 22, 2021 was comparable to the final resolution of the case.

6. This confusion unfortunately delayed the timely submission the CJA Voucher for this case.

**WHEREFORE**, the undersigned respectfully requests that the Court takes note of the present motion and authorize the Motion for Authorization to File CJA Voucher.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 3rd day of march 2022.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com